*Proposed Order Prepared by:*
Chad S. Pehrson (12622)
PARR, BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Phone: 801-532-7840
Fax: 801-532-7750
cpehrson@parrbrown.com

*Attorneys for APG Financial, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

| | |
|---|---|
| In re: | |
| Travis W. Green, | Chapter 13 |
| Debtor, | |
| and | Case No. 14-32955 |
| Christina Gibson-Green, | Judge Joel T. Marker |
| Joint Debtor. | |

**ORDER GRANTING APG FINANCIAL, INC.'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

APG Financial, Inc. filed a Motion for Relief from Automatic Stay (the "Motion") on January 5, 2015. There being no objection to the Motion, and good cause appearing therefore, it is hereby ordered as follows:

1. That the automatic stay of 11 U.S.C. § 362(a), be terminated pursuant to 11 U.S.C. §

1

362(d) as to the Vehicle (as defined in the Motion, a 2008 Dodge Avenger (VIN # 1B3LC56R08N683146).

2. That this Order is effective immediately upon its entry for the reasons presented in the Motion, thereby waiving the stay imposed by Rule 4001(a)(3).

3. That APG and/or its successors and assigns may, at their option, exercise their contractual, state and common law remedies relating to the Vehicle.

DATED: _____, 2015

By: _____
The Honorable Joel T. Marker,
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served this 26th Day of January 2015, by the Court's CM/ECF electronic transmission or by United States mail on the following:

Sarah L. Matthews (CM/ECF)

Kevin R. Anderson, trustee (CM/ECF)  United

United States Trustee (CM/ECF)

Travis W. Green (US MAIL)
5040 Niagra Cir.
Salt Lake City, UT 84118

Christina Gibson-Green (US MAIL)
5040 Niagra Cir.
Salt Lake City, UT 84118

/s Chad S. Pehrson_____

3