**The below described is SIGNED.**

**Dated: January 28, 2015**

/s/ J T Marker

**JOEL T. MARKER
U.S. Bankruptcy Judge**



*Proposed Order Prepared by:*
~~Chad S. Pehrson (12622)~~
PARR, BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Phone: 801-532-7840
Fax: 801-532-7750
cpehrson@parrbrown.com

*Attorneys for APG Financial, Inc.*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>   Travis W. Green,<br>               Debtor,<br>         and<br><br>   Christina Gibson-Green,<br>               Joint Debtor. | Chapter 13<br><br>Case No. 14-32955<br><br>Judge Joel T. Marker |

**ORDER GRANTING APG FINANCIAL, INC.'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

APG Financial, Inc. filed a Motion for Relief from Automatic Stay (the "Motion") on January 5, 2015. There being no objection to the Motion, and good cause appearing therefore, it is hereby ordered as follows:

1. That the automatic stay of 11 U.S.C. § 362(a), be terminated pursuant to 11 U.S.C. §

1

362(d) as to the Vehicle (as defined in the Motion, a 2008 Dodge Avenger (VIN # 1B3LC56R08N683146).

2. That this Order is effective immediately upon its entry for the reasons presented in the Motion, thereby waiving the stay imposed by Rule 4001(a)(3).

3. That APG and/or its successors and assigns may, at their option, exercise their contractual, state and common law remedies relating to the Vehicle.

DATED: _____, 2015

By:_____
The Honorable Joel T. Marker,
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served this 26th Day of January 2015, by the Court's CM/ECF electronic transmission or by United States mail on the following:

Sarah L. Matthews (CM/ECF)

Kevin R. Anderson, trustee (CM/ECF)  United

United States Trustee (CM/ECF)

Travis W. Green (US MAIL)
5040 Niagra Cir.
Salt Lake City, UT 84118

Christina Gibson-Green (US MAIL)
5040 Niagra Cir.
Salt Lake City, UT 84118

/s Chad S. Pehrson_____